469 A.2d 312

Estate of Montgomery.

Appeal of H. Beatty Chadwick.

Argued September 15, 1983. Daniel B. Pierson, V, for appellant; Lawrence Barth, for Commonwealth, participating party; Seymour C. Wagner, for White, etc., participating parties.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.

469 A.2d 313

Friedgen v. Manor, Appellant.

Argued June 17, 1983. Thomas M. Guinan, for appellant; George F. Dale, for appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Judgment affirmed.